ALEXANDERINA CLARKE *v.* BRIDGEPORT ROMAN CATHOLIC DIOCESAN CORPORATION
(7080)

BORDEN, SPALLONE and DALY, Js.

Argued May 2—decision released May 9, 1989

*John T. Bochanis,* with whom, on the brief, was *Thomas J. Weihing,* for the appellant (plaintiff).

*Michael T. Ryan,* with whom was *Steven P. Kulas,* for the appellee (defendant).

PER CURIAM. There is no error.